*ORDER: motion granted. John Bryant, USMJ*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JOY V. SMITH,<br>　　Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　Defendant | )<br>)<br>)  Case No.: 3:10-0145<br>)  JUDGE WISEMAN<br>)  MAGISTRATE JUDGE BRYANT<br>)<br>)<br>) |

### MOTION EXCEPTING THE FILING OF THE ADMINISTRATIVE RECORD

The Defendant hereby moves the Court, pursuant to ¶ 5.09, Administrative Practices & Procedures for Electronic Case Filing (April 18, 2005), to allow the paper filing of the administrative record in this matter. For cause, the Defendant would show that the administrative record contains sensitive documents, such as medical and identification information, and that filing by electronic means (ECF) may compromise the security of the personal information of the Plaintiff contained therein.

Wherefore, Defendant requests that this motion be granted excepting the filing of the administrative record by ECF means and permit filing by hand delivery to the Court Clerk.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

BY: s/ S. Delk Kennedy
S. DELK KENNEDY
Assistant United States Attorney
B.P.R. 009799
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151